UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| JASON C. SHEPPARD, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 5: 19-084-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| FRANCISCO QUINTANA, Warden, | ) | **JUDGMENT** |
| | ) | |
| Respondent. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. The petition filed by Jason C. Sheppard pursuant to 28 U.S.C. § 2241 [Record No. 1] is **DENIED**.

2. Judgment is entered in favor of Respondent Francisco Quintana with respect to all issues raised in this proceeding.

3. This action is **DISMISSED**, with prejudice, and **STRICKEN** from the docket.

4. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: March 8, 2019.



Signed By:
*Danny C. Reeves*
United States District Judge